1  ROBOOSTOFF & KALKIN
   A PROFESSIONAL LAW CORPORATION
2  SCOTT D. KALKIN , ESQ.
   369 Pine Street, Suite 610
3  San Francisco, CA 94104
   Tel: 415-732-0282
4  Fax: 415-732-0287
   robokalk@earthlink.net
5
   Attorneys for Plaintiff
6  DOROTHEA KINBERG

7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
8  MICHELLE Y. MCISAAC  Bar No. 215294
   One Market Plaza
9  Steuart Tower, 8th Floor
   San Francisco, California 94105
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11 bruce.celebrezze@sdma.com
   michelle.mcisaac@sdma.com
12
   Attorneys for Defendant
13 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**IT IS SO ORDERED**
Judge James Ware
12/16/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA KINBERG, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY as Administrator and Fiduciary of the Applera Corporation Long Term Disability Plan; THE APPLERA CORPORATION LONG TERM DISABILITY PLAN, and APPLIED BIOSYSTEMS, INC., <br><br> Defendants. | CASE NO. 09-04103 JW <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

The parties, by and through their respective counsel, stipulate that defendants The Applera Corporation Long Term Disability Plan and Applied Biosystems, Inc. shall have a 30-day extension of time, to and including January 8, 2010, to respond to the first amended complaint.

DATED: December 9, 2009  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _/s/ Michelle McIsaac_
 Bruce D. Celebrezze
 Michelle Y. McIsaac
 Attorneys for Defendant
 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

DATE: December 9, 2009  ROBOOSTOFF & KALKIN

By: _/s/ Scott Kalkin_
 Scott D. Kalkin
 Attorneys for Plaintiff
 Dorothea Kinberg