UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DOROTHEA KINBERG,<br>           Plaintiff, | No. C 09-4103 JW |
|     v. | **ORDER DENYING REQUEST TO EXCUSE DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE CO.'S IN-HOUSE COUNSEL, SANDRA DAVIS, FROM PERSONALLY APPEARING AT THE MEDIATION SESSION** |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE CO., et al.,<br>           Defendant.<br>_____/ | |
| | Date:     May 11, 2010<br>Mediator: Mark Humbert |

IT IS HEREBY ORDERED that the request to excuse defendant Hartford Life and Accident Insurance Co.'s in-house counsel, Sandra Davis, from personally appearing at the May 11, 2010, mediation session before Mark Humbert is DENIED.

IT IS SO ORDERED.

May 5, 2010           By:      *Elizabeth D. Laporte*
Dated                                                Elizabeth D. Laporte<br>                                                       United States Magistrate Judge