UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DOROTHEA KINBERG,<br>       Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE CO., et al.,<br>       Defendant.<br>_____/ | No. C 09-4103 JW<br><br>**ORDER DENYING REQUEST TO EXCUSE DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE CO.'S IN-HOUSE COUNSEL, SANDRA DAVIS, FROM PERSONALLY APPEARING AT THE MEDIATION SESSION**<br><br>Date:       May 11, 2010<br>Mediator:   Mark Humbert |

IT IS HEREBY ORDERED that the request to excuse defendant Hartford Life and Accident Insurance Co.'s in-house counsel, Sandra Davis, from personally appearing at the May 11, 2010, mediation session before Mark Humbert is DENIED.

IT IS SO ORDERED.

May 5, 2010                              By:              *Elizabeth D. Laporte*
Dated                                                        Elizabeth D. Laporte
                                                             United States Magistrate Judge