1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE Bar No. 102181
2  DENNIS G. ROLSTAD Bar No. 150006
   MICHELLE Y. MCISAAC Bar No. 215294
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   bruce.celebrezze@sdma.com
6  dennis.rolstad@sdma.com
   michelle.mcisaac@sdma.com
7
   Attorneys for Defendants
8  HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
   APPLERA CORPORATION WELFARE PLAN,
9  and APPLIED BIOSYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOROTHEA KINBERG, | CASE NO. 09-04103 JW |
|---|---|
| Plaintiff, | |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY as Administrator and Fiduciary of the Applera Corporation Long Term Disability Plan; THE APPLERA CORPORATION LONG TERM DISABILITY PLAN, and APPLIED BIOSYSTEMS, INC., | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| Defendants. | |

SF/1699267v1

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Dorothea
2    Kinberg, and defendants Hartford Life And Accident Insurance Company, Applera Corporation
3    Welfare Plan, and Applied Biosystems, through their respective attorneys of record herein, that
4    this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules
5    of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

6    **IT IS SO STIPULATED:**

8    DATED: July ___, 2010            Respectfully submitted,

9                                     SEDGWICK, DETERT, MORAN & ARNOLD LLP

11                                    By: _____
12                                    DENNIS G. ROLSTAD
                                      Attorneys For Defendants
13                                    HARTFORD LIFE AND ACCIDENT INSURANCE
                                      COMPANY, APPLERA CORPORATION WELFARE
14                                    PLAN, and APPLIED BIOSYSTEMS

15   DATED: July 21, 2010             ROBOOSTOFF & KALKIN

17                                    By: _____
18                                    SCOTT KALKIN
                                      Attorneys For Plaintiff
19                                    DOROTHEA KINBERG

21                                    ORDER

22        Based upon the parties' stipulation re dismissal of entire action with prejudice, it is
23   hereby ordered that this entire is dismissed with prejudice, each party to bear her or its own costs
24   and attorneys' fees.
25        **IT IS SO ORDERED.** The Clerk shall close this file.
26   DATED: August 10, 2010

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE

SF/1699267v1
-1-
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE